IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**WILLIE RANDLE**                      **PETITIONER**

v.                      No. 1:21-cv-116-RP

**LEE COUNTY, ET AL**                      **RESPONDENTS**

**ORDER**

Willie Randle has submitted a document that the court construes as a petition for a writ of *habeas corpus* under 28 U.S.C. § 2241. The petitioner has not, however, used the court's standard form for such petitions. The court uses these forms for the expeditious administration of *habeas corpus* petitions. As such, the petitioner must complete and return the enclosed form within 21 days. Failure to do so may lead to the dismissal of this case without prejudice.

**SO ORDERED**, this, the 4th day of October, 2021.

                                             /s/ Roy Percy
                                             UNITED STATES MAGISTRATE JUDGE