IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**WILLIE RANDLE**                                                                    **PETITIONER**

**v.**                                                       **No. 1:21CV116-GHD-RP**

**LEE COUNTY, ET AL.**                                             **RESPONDENTS**

**ORDER OF DISMISSAL**

The court takes up, *sua sponte*, the dismissal of this cause. On October 4, 2021, the court entered an order requiring the petitioner, within 21 days, to complete and return his petition for a writ of *habeas corpus* on the court's standard form. The court cautioned the petitioner that failure to comply with the order would result in the dismissal of this case without prejudice. Despite this warning, the petitioner has failed to comply with the court's order, and the deadline for compliance passed on October 25, 2021. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b).

**SO ORDERED**, this, the 9th day of November, 2021.

                                                    /s/ Glen H. Davidson
                                                    SENIOR UNITED STATES DISTRICT JUDGE